IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MECADON<br><br>v.<br><br>ALLSTATE INDEMNITY CO.<br><br>Civil Action No. 09-5511-TJS<br>Judge Timothy J. Savage | KOLESAR, et al.<br><br>v.<br><br>ENCOMPASS INDEMNITY CO.<br><br>Civil Action No. 09-5510-TJS<br>Judge Timothy J. Savage |
| BUCARI, et al.<br><br>v.<br><br>ALLSTATE PROPERTY and CASUALTY INSURANCE COMPANY<br><br>Civil Action No. 09-5512-TJS<br>Judge Timothy J. Savage | WARRICK<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY<br><br>Civil Action No. 09-6077-TJS<br>Judge Timothy J. Savage |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

Plaintiffs move pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for preliminary approval of the class action settlement of these cases. The Settlement Agreement is attached as Exhibit A to the accompanying Memorandum of Law, which sets forth the facts and law in support of Plaintiffs' motion. The accompanying Declaration of Cameron R. Azari describes the proposed notice plan and forms of notice (Exhibts 2 and 3 to that Declaration).

_____
Ira Neil Richards (PA ID No. 50879)
Kenneth I. Trujillo (PA ID No. 46520)
Arleigh P. Helfer, III (PA ID No. 84427)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000

                                               Joseph E. Mariotti  
                                               CAPUTO & MARIOTTI, P.C.  
                                               730 Main Street  
                                               Moosic, PA 18507  
                                               (570) 342-9999

Of Counsel – Not Admitted in Pennsylvania:

John G. Jacobs  
Bryan G. Kolton  
JACOBS KOLTON, CHTD.  
55 West Monroe Street, Suite 2970  
Chicago, IL 60603  
(312) 427-4000

Dated:   April 28, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, I caused to be electronically filed with the Clerk of the Court via CM/ECF the foregoing Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, the accompanying Memorandum of Law in Support of the Motion, and Declaration of Cameron R. Azari on Notice Plan and Notices. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF system.

_____
Ira Neil Richards

Dated: April 28, 2014