IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MECADON<br><br>v.<br><br>ALLSTATE INDEMNITY CO.<br><br>Civil Litigation No. 09-5511-TJS<br>Judge Timothy J. Savage | KOLESAR, et al.<br><br>v.<br><br>ENCOMPASS INDEMNITY CO.<br><br>Civil Litigation No. 09-5510-TJS<br>Judge Timothy J. Savage |
|---|---|
| BUCARI, et al.<br><br>v.<br><br>ALLSTATE PROPERTY and CASUALTY INSURANCE COMPANY<br><br>Civil Litigation No. 09-5512-TJS<br>Judge Timothy J. Savage | WARRICK<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY<br><br>Civil Litigation No. 09-6077-TJS<br>Judge Timothy J. Savage |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF THE SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Settlement, the accompanying Declaration of Ira Neil Richards in Support of Plaintiffs' Motion for Final Approval of the Settlement and in Support of Class Counsel's Petition for an Award of Attorneys' Fees and Expenses and for Incentive Awards for Class Representatives, and the Declaration of Julie Redell, Plaintiffs

hereby move this Court, pursuant to Federal Rule of Civil Procedure 23(e), for a Final Order and Judgment approving the class action settlement of these cases.

/s/ Ira Neil Richards
Ira Neil Richards (PA ID No. 50879)
Arleigh P. Helfer III (PA ID No. 84427)
1600 Market Street, Suite 3600
Philadelphia, PA 191003
215-751-2000

Joseph E. Mariotti
CAPUTO & MARIOTTI
730 Main Street
Moosic, PA 18507
570-342-9999
312-268-2425

Of Counsel – Not Admitted in Pennsylvania:

John G. Jacobs
Bryan G. Kolton
JACOBS KOLTON, CHTD.
55 West Monroe Street, Suite 2970
Chicago, IL 60603
312-427-4000

Dated: August 14, 2014